# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Henan Yiqi Technology Co., Ltd. and Luoyang Muzhou Department Store Sales Co., Ltd.<br><br>*Plaintiff*,<br><br>v.<br><br>Dbest Products, Inc.<br><br>*Defendant*. | Case No. 2:2025-cv-00370<br><br>**PLAINTIFF'S NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ALL CLAIMS** |

Pursuant to FRCP 41 (a)(1)(A)(i) and the terms of a confidential settlement agreement between the parties, Plaintiffs Henan Yiqi Technology Co., Ltd. and Luoyang Muzhou Department Store Sales Co., Ltd. (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby voluntarily dismiss this action in its entirety WITH PREJUDICE and without fees or costs to any party.

Respectfully submitted,

Glacier Law LLP

Date: August 22, 2025

By: /s/ Tianyu Ju
Glacier Law LLP
Tianyu Ju, Esq. (*pro hac vice* admitted)

-1-

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:25-cv-370

Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (312) 448-7772

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

iris.ju@glacier.law
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (312) 448-7772

Carl J. Marquardt (WSBA No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498
Email: carl@cjmlawoffice.com

*Counsel for Plaintiffs*

-2-

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:25-cv-370

Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (312) 448-7772

**ORDER**

IT IS HEREBY ORDERED that the above-entitled matter be DISMISSED WITH PREJUDICE and with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: _____    _____
Honorable Grady J Leupold
United States Magistrate Judge

*Presented by:*

By: /s/  Tianyu Ju

GLACIER LAW LLP

Tianyu Ju, Esq. (pro hac vice admitted)
iris.ju@glacier.law
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (312) 448-7772
LAW OFFICE OF CARL J. MARQUARDT PLLC

Carl J. Marquardt (WSBA No. 23257)
carl@cjmlawoffice.com
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498

*Counsel for Plaintiffs*

-3-
NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:25-cv-370

Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (312) 448-7772

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I caused the foregoing to be filed electronically with the Clerk of Court, and a copy of the foregoing document and this Certificate of Service were served on the following counsel via e-mail at:

>Ehab M. Samuel
>esamuel@orbitip.com
>ORBIT IP, LLP
>11400 W. Olympic Blvd., Suite 200
>Los Angeles, CA 90064

Date: 08/22/2025                               /s/ Tianyu Ju
                                               Tianyu Ju, Esq.
                                               **Counsel for Plaintiffs**

-4-
NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:25-cv-370

Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (312) 448-7772